UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 3:17-cr-215-J-20-MCR

RONALD ANDREWS
_____/

## ORDER

THIS CAUSE is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 48), addressing Defendant's Motion to Suppress Physical Evidence and Statements (Dkt. 30). The Magistrate Judge recommended the motion be denied in its entirety. The Report and Recommendation also explained the process of filing specific written objections to the findings and recommendations. (Dkt. 48, fn. 1). No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 48) is adopted; and

2. Defendant's Motion to Suppress Physical Evidence and Statements (Dkt. 30) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 10 day of April, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Maurice C. Grant, II, Esq.
Michael Coolican, Esq.